## (March 16, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY J. FORD, Appellant. — Appeal by defendant, as limited by his motion, from so much of a sentence of the Supreme Court, Queens County (Groh, J.), imposed October 29, 1983, as sentenced him to a term of six months' intermittent imprisonment to be served on weekends as a condition of a term of five years' probation. ¶ Sentence modified, on the law, by reducing the term of six months' intermittent imprisonment to one of four months' intermittent imprisonment. As so modified, sentence affirmed insofar as appealed from. ¶ The imposition of a term of six months' intermittent imprisonment was illegal (Penal Law, § 60.01, subd 2, par [d]). As reduced to the maximum lawful intermittent term, the incarceration of defendant as a condition of his probation is not excessive under the circumstances of this case. Mollen, P. J., Thompson, Rubin and Lawrence, JJ., concur.

■ In the Matter of LEO CONRAD, a Disbarred Attorney for Reinstatement. — Motion by petitioner, a disbarred attorney, for reinstatement to the Bar. By order of this court petitioner was ordered to be reinstated forthwith upon his submission of proof of satisfactory completion of a New York State Bar Review course. ¶ This court has received satisfactory proof that petitioner, Leo Conrad, has completed a bar review course and therefore he is reinstated as a member of the Bar of the State of New York forthwith; and the clerk of this court is directed to restore his name to the roll of attorneys immediately. Mollen, P. J., Titone, Lazer, Mangano and Eiber, JJ., concur.